# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, M.M. PETTIT**
**Appellate Military Judges**

### UNITED STATES OF AMERICA

v.

### NATALIE A. TUCKER
### LIEUTENANT (O-3), NURSE CORPS, U.S. NAVY

### NMCCA 201600030
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 2 December 2015.
**Military Judge**: CDR Deborah Mayer, JAGC, USN.
**Convening Authority**: Commandant, Naval District Washington, Washington Navy Yard, Washington, DC.
**Staff Judge Advocate's Recommendation**: CDR J.A. Link, JAGC, USN.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Brian Keller, Esq.

### 31 May 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court